IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08CR269 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JESUS ROMAN-SORIANO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on the motion of defendant Jesus Roman-Soriano (Roman-Soriano) for an extension to file pretrial motions (Filing No. 12). The motion does not comply with NECrimR 12.3 (a) and paragraph 9 of the Progression Order (Filing No. 8) in that the motion is not accompanied by the defendant's affidavit or declaration stating that defendant:

(1) Has been advised by counsel of the reasons for seeking a continuance;
(2) Understands that the time sought by the extension may be excluded from any calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*; and
(3) With this understanding and knowledge, agrees to the filing of the motion.

Accordingly, the motion (Filing No. 12) is :

(X) Held in abeyance pending compliance with NECrimR 12.3(a) and Paragraph 10 of the Progression Order. Absent compliance **on or before August 26, 2008**, the motion will be deemed withdrawn and termed on the docket.
( ) Denied.

**IT IS SO ORDERED.**

DATED this 18th day of August, 2008.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge