IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
               Plaintiff,        )           8:08CR269
                                 )
          v.                     )
                                 )
JESUS ROMAN-SORIANO,             )           ORDER
                                 )
               Defendant.        )
_____)


          This matter is before the Court on defendant's motion

for continuance of trial (Filing No. 42).  The Court finds the

motion should be granted.  Accordingly,

          IT IS ORDERED that said motion is granted; trial of

this matter is rescheduled for:

          **Monday, March 30, 2009, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,

Omaha, Nebraska, or as soon thereafter as may be called by the

Court.  The parties will have time to finalize plea negotiations

or prepare for trial, and the ends of justice will be served by

continuing this case and outweigh the interests of the public and

the defendant in a speedy trial.  The additional time between

February 10, 2009, and March 30, 2009, shall be deemed excludable

time in any computation of time under the requirement of the

Speedy Trial Act.   18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 10th day of February, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court